TRONG R. CHAI v. NEW JERSEY DIVISION ON CIVIL RIGHTS, DEPARTMENT OF LAW & PUBLIC SAFETY.

July 21. 1978. Petition for certification denied. (See 160 *N. J. Super.* 176)

PASSAIC COUNTY PROSECUTOR BURRELL IVES HUMPHREYS v. PASSAIC COUNTY BOARD OF CHOSEN FREEHOLDERS.

July 21, 1978, Petition for certification is granted, and the matter is remanded to the Superior Court, Law Division, for further consideration in the light of c. 63, L. 1978 (A–110). Jurisdiction is not retained (See 159 *N. J. Super.* 258).

STATE OF NEW JERSEY v. CARMEN BUONO.

July 21, 1978. Petition for certification denied.

MARY LUCILLE CARBERRY v. PAUL J. CARBERRY, JR.

July 21, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LEE PATTERSON.

July 21, 1978. Petition for certification denied.